IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re YES! ENTERTAINMENT CORPORATION <br><br> Debtor. | Case No. 99-273 (MFW) |
| EXECUTIVE SOUNDING BOARD ASSOCIATES, As Trustee of the YES! Entertainment Corporation Liquidating Trust, <br><br> Plaintiff, <br><br> v. <br><br> WHAM-O, INC., <br><br> Defendant. | Adversary No. 03-50982 (MFW) |

**DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES PURSUANT TO BANKRUPTCY RULE 8006**

Defendant Wham-O, Inc. ("Defendant"), by and through its undersigned counsel, hereby files this designation of the record on appeal ("Designation") and statement of issues ("Statement of Issues") to be presented pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Designation"). This Designation and Statement of Issues relates to the Defendant's Notice of Appeal dated January 17, 2006 [D.I. 47].

**Designation of Items To Be Included In Record On Appeal**

Defendant hereby designates the following items for inclusion in the record on appeal:

| **Exhibit** | **Description** | **Docket No.** | **Date Docketed** |
|---|---|---|---|
| 1 | Complaint by Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust | 1 | 02/25/2003 |
| 2 | Wham-O's Answer With Affirmative Defenses and Counterclaim | 5 | 10/08/2003 |
| 3 | Answer of Executive Sounding Board Associates, as Trustee of the YES! Entertainment Corporation Liquidating Trust to Wham-O's Counterclaim | 6 | 10/16/2003 |
| 4 | Motion of Executive Sounding Board Associates, as Trustee of the YES! Entertainment Corporation Liquidating Trust for Partial Summary Judgment | 20 | 06/15/2004 |
| 5 | Brief in Support of the Motion for Summary Judgment of Executive Sounding Board Associates, as Trustee of YES! Entertainment Corporation Liquidating Trust | 21 | 06/15/2004 |
| 6 | Defendant Wham-O, Inc.'s Response to the Motion of Executive Sounding Board Associates, As Trustee of the Yes! Entertainment Corporation Liquidating Trust for Partial Summary Judgment | 23 | 06/25/2004 |
| 7 | Reply Brief of Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust in Support of Motion for Partial Summary Judgment | 24 | 07/06/2004 |
| 8 | Certification of Counsel Regarding the Filing of Table of Authorities regarding the Reply Brief of Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust in Support of Motion for Partial Summary Judgment (DI 24) | 25 | 07/12/2004 |

WLM_503810_1/DKRAFT

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 9 | Transcript of Hearing Held on YES! Entertainment Corporation's Motion for Partial Summary Judgment on August 24, 2004 | | |
| 10 | Joint Pretrial Order Filed by Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust, WHAM-O, Inc. | 29 | 10/18/2004 |
| 11 | Notice of Agenda of Matters Scheduled for Hearing Trial Filed by Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust. Hearing scheduled for 10/22/2004 at 11:00 a.m. at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE | 33 | 10/21/2004 |
| 12 | Amended Certification of Counsel Filed by Executive Sounding Board Associates, as trustee of the YES! Entertainment Corporation Liquidating Trust, attaching Stipulated Order on Motion for Partial Summary Judgment Argued August 24, 2004. | 36 | 10/26/2004 |
| 13 | Opinion Granting In Part and Denying In Part Trustee's Complaint for Unpaid Royalties Against WHAM-O, Inc. | 42 | 01/06/2006 |
| 14 | ORDER Granting In Part and Denying In Part Trustee's Complaint for Unpaid Royalties Against WHAM-O, Inc. | 43 | 01/06/2006 |
| 15 | Notice of Appeal Pursuant to Federal Bankruptcy Procedures 8001 and 28 U.S.C. Section 158(a)(3) | 45 | 01/17/2006 |
| 16 | Binder containing Plaintiff YES! Entertainment Corporation Liquidating Trust's Exhibits P1 through P28 Admitted at Trial | | |
| 17 | Binder containing Defendant Wham-O, Inc.'s Exhibits D1 through D11 Admitted at Trial | | |

WLM_503810_1/DKRAFT

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 18 | Transcript of the Trial Proceedings on October 22, 2004 | | |

**Statement of Issues to Be Presented on Appeal**

1. Whether the Bankruptcy Court erred in finding that royalties for the Chuck E. Cheese pizza maker are due to YES! Entertainment Corporation under the February 27, 1998 Agreement.

2. Whether the Bankruptcy Court erred in finding that royalties are due to YES! Entertainment Corporation for all Baskin-Robbins Products and accessories at the rate of 2% of net sales for seven years from the date of the February 27, 1998 Agreement, except the Baskin Robbins ice cream maker which is calculated at 1% for three years from the date of the February 27, 1998 Agreement.

3. To the extent the two above issues are decided in Wham-O's favor on appeal, then whether the Bankruptcy Court erred in finding that Wham-O was not a "prevailing party" as defined under Section 12.7 of the February 27, 1998 Agreement and further entitled to its attorneys fees and costs.

Dated: January 27, 2006                    EDWARDS & ANGELL LLP

                                           /s/ Denise S. Kraft
                                           Denise S. Kraft (#2778)
                                           919 N. Market Street, 14th Floor
                                           Wilmington, DE 19801
                                           (302) 777-7770 - telephone
                                           (302) 777-7263 - facsimile

                                           Counsel for the Defendant
                                           Wham-O, Inc.