# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RICHARD G. ELLIOTT, JR.
DIRECTOR

DIRECT DIAL NUMBER
302-651-7630
ELLIOTT@RLF.COM

May 4, 2006

**VIA E-FILE**

Ms. Monica Mosley
Office of the Clerk
United States District Court for
 the District of Delaware
Lock Box 18, 844 King Street
Wilmington, DE 19801

Re: In re: YES! Entertainment Corporation
C.A. Nos. 06-00154 and 06-00155-UNA

Dear Monica:

This is to advise the Court that I have met with the parties and they have agreed upon the terms of the settlement, which has yet to be executed.

If I can be of further assistance, please let me know.

Respectfully submitted,

Richard G. Elliott, Jr. (I.D. No. 687)

RGE:krr

cc: Denise Seastone Kraft, Esquire (by E-File)
    Marc Stephen Casarino, Esquire (by E-File)

RLF1-3010309-1