IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re YES! ENTERTAINMENT, | Bankruptcy Case No. 99-273 |
| EXECUTIVE SOUNDING BOARD ASSOCIATES, INC. As Trustee of the YES! Entertainment Corporation Liquidating Trust, | Civil Action No. 06-155 |
| Appellant, | |
| v. | |
| WHAM-O, INC., | |
| Appellee. | |
| WHAM-O, INC. | |
| Appellant, | |
| v. | |
| EXECUTIVES SOUNDING BOARD ASSOCIATES, as Trustee of the YES! Entertainment Corporation Liquidating Trust, | |
| Appellee. | Civil Action No. 06-154 |

## STIPULATION OF SETTLEMENT AND DISMISSAL OF THE CROSS APPEALS

AND NOW, this 10th day of May, 2006, it is hereby stipulated by and between Wham-O, Inc. and Executive Sounding Board Associates, Inc., as Trustee of the Yes! Entertainment Corporation Liquidating Trust, through their respective counsel, as follows:

1. The cross appeals filed respectively by Wham-O, Inc., and Executive Sounding Board Associates, Inc., are hereby dismissed with prejudice.

DOCS_PH 1892365v.1

2.    The case is hereby settled for the sum of $300,000 which will be paid by Wham-O in periodic payments of $75,000 each due on May 15, 2006, June 15, 2006, July 15, 2006 and December 1, 2006. The settlement shall be secured by a judgment to be entered against Wham-O in the Bankruptcy Court in the amount of $300,000 which shall draw interest at the rate of five percent per annum only in the event that Wham-O shall fail to make one or more periodic payments on time.

It is so stipulated.

| | |
|---|---|
| Edwards & Angell LLP<br>Palmer & Dodge LLP<br><br>BY: _____<br>Denise Seastone Kraft, Esquire<br>Edwards & Angell LLP<br>919 N. Market Street<br>14th Floor<br>Wilmington, DE 19801<br>Telephone: 302.425.7106<br>Attorneys for Wham-O, Inc. | White and Williams LLP<br><br>BY: _____<br>Marc A. Casarino, Esquire<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: 302-654-0424<br>Attorneys for Plaintiff |

Approved and so ordered:

_____
                     J.

DOCS_PH 1892365v.1